UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISHU GUO,<br><br>Plaintiff,<br><br>-against-<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>Defendants. | 26-CV-8994 (DEH)<br><br>ORDER OF SERVICE |

DALE E. HO, United States District Judge:

Plaintiff Lishu Guo, who is appearing *pro se*, brings this action seeking mandamus and relief under the Administrative Procedure Act against the Government with regard to a pending immigration application. Specifically, Guo seeks: (1) expedited adjudication and processing of a pending I-824 application, which is an application for the United States Citizenship and Immigration Services ("USCIS") to take action on Guo's approved I-140 petition (an immigration petition for alien workers); and (2) once the I-824 application is approved, transmission of her approved I-140 petition to the National Visa Center and to the American Consulate in Budapest, Hungary. Guo also seeks related declaratory relief and attorneys' fees and costs. Guo names as Defendants: (1) USCIS; (2) United States Attorney General Todd Blanche; (3) USCIS Director Joseph B. Edlow; (4) Secretary of the Department of Homeland Security Markwayne Mullin; (5) First Assistant United States Attorney for the Eastern District of Washington (and Special Attorney to the Attorney General) Pete Serrano; and (6) Director of USCIS's Nebraska Service Center Thomas Schuurmans.

By order dated October 13, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on the Defendants.

## DISCUSSION

### A. Service on the Defendants

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service on the Defendants.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (providing that the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the Defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 forms labeled "Check for service on U.S.A."; (2) issue summonses for the Defendants; and (3) deliver to the USMS a copy of this order and all other paperwork necessary for the USMS to effect service on the Defendants and on the United States of America. *See* Fed. R. Civ. P. 4(i)(1), (2).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses for the Defendants be issued. The Court therefore extends the time to serve the Defendants until 90 days after the date that summonses for the Defendants are issued. If summonses and the complaint are not served on the Defendants within 90 days from the date that summonses for the Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B. City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves with civil cases filed in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is unable to complete this form, or if she has questions about the form, she may call (212) 382-4794. A flyer with details is attached.

## CONCLUSION

The Clerk of Court is respectfully directed to mail an information package to Plaintiff. The Clerk of Court is also respectfully directed to: (1) fill out a USM-285 form for each Defendant; (2) mark the box on the USM-285 forms labeled "Check for service on U.S.A."; (3) issue summonses for the Defendants; and (4) deliver to the USMS a copy of this order and all other paperwork necessary for the USMS to effect service on the Defendants and on the United States of America. *See* Fed. R. Civ. P. 4(i)(1), (2).

A CBJC flyer is attached to this order.

SO ORDERED.

Dated: 10/16/2026
New York, New York

DALE E. HO
United States District Judge

[2] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

## SERVICE ADDRESS FOR EACH DEFENDANT

1. United States Citizenship and Immigration Services
   Office of the Chief Counsel
   5900 Capital Gateway Drive
   Mail Stop 2120
   Camp Springs, Maryland 20588-0009

2. Todd Blanche
   Attorney General of the United States
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

3. Jospeh B. Edlow
   Director
   United States Citizenship and Immigration Services
   Office of the Chief Counsel
   5900 Capital Gateway Drive
   Mail Stop 2120
   Camp Springs, Maryland 20588-0009

4. Markwayne Mullin
   Secretary
   United States Department of Homeland Security
   Office of the General Counsel
   245 Murray Lane, SW
   Mail Stop 0485
   Washington, D.C. 20528-0485

5. Pete Serrano
   First Assistant United States Attorney for the Eastern District of Washington
   Special Attorney to the Attorney General of the United States
   920 West Riverside Avenue
   Suite 340
   Spokane, Washington 99201

6. Thomas Schuurmans
   Director
   Nebraska Service Center
   United States Citizenship and Immigration Services
   850 S Street
   Lincoln, Nebraska 68501

7. United States Attorney's Office
Southern District of New York
Civil Process Clerk
86 Chambers Street
3rd Floor
New York, New York 10007

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)